UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KYLE ROBERT SICKELS,<br><br>                 Petitioner,<br><br>    v.<br><br>STATE OF WASHINGTON,<br><br>                 Respondent. | NO: 4:20-CV-5022-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

On February 10, 2020, Petitioner submitted a *pro se* Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254, without paying the $5.00 filing fee or seeking leave to proceed *in forma pauperis.* ECF No. 1. On February 10, 2020, the Clerk of Court sent Petitioner a letter advising him that he must either pay the $5.00 filing fee or submit an Application to Proceed Without Payment of Fees and Affidavit. ECF No. 2. The Clerk of Court provided a form Application to Proceed Without Payment of Fees and Affidavit. ECF No. 2-1. Petitioner did not comply.

On March 13, 2020, this Court ordered Petitioner to submit a completed *in forma pauperis* application within twenty-one (21) days of the date of that Order. In the alternative, Petitioner was advised that he must pay the full $5.00 filing fee.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

Petitioner was advised that his failure to do so would result in the dismissal of this case. Petitioner has neither paid the filing fee nor sought in forma pauperis status.

Accordingly, **IT IS HEREBY ORDERED:**

1. This action is **DISMISSED** without prejudice for failure to comply with the filing fee or in forma pauperis requirements of 28 U.S.C. §§ 1914 and 1915.

2. The Court certifies any appeal of this dismissal would not be taken in good faith.

The Clerk of Court is directed to enter this Order, enter judgment, forward a copy to Plaintiff and **close** the file.

**DATED** April 6, 2020.



THOMAS O. RICE
Chief United States District Judge